# EXHIBIT B

> This is not the official court record. Official records of court proceedings may only
> be obtained directly from the court maintaining a particular record.

## Chenita Holman v. Patrick Hovelson, Stevens Transport, Inc.

| | |
|---|---|
| Case Number | 73C01-2004-CT-000010 |
| Court | Shelby Circuit Court |
| Type | CT - Civil Tort |
| Filed | 04/13/2020 |
| Status | 04/13/2020 , Pending  (active) |

## Parties to the Case

**Defendant**  Hovelson, Patrick

    Attorney    Erin A Clancy
                *#2196249, Lead, Retained*

                KIGHTLINGER & GRAY LLP
                One Indiana Square - Suite 300
                211 North Pennsylvania Street
                Indianapolis, IN 46204
                317-638-4521(W)

    Attorney    Ryan O. Farner
                *#2959902, Retained*

                KIGHTLINGER & GRAY LLP
                211 Pennsylvania Street
                Suite 300
                Indianapolis, IN 46204
                317-638-4521(W)

**Defendant**  Stevens Transport, Inc.

    Attorney    Erin A Clancy
                *#2196249, Lead, Retained*

                KIGHTLINGER & GRAY LLP
                One Indiana Square - Suite 300
                211 North Pennsylvania Street
                Indianapolis, IN 46204
                317-638-4521(W)

    Attorney    Ryan O. Farner
                *#2959902, Retained*

                KIGHTLINGER & GRAY LLP
                211 Pennsylvania Street
                Suite 300
                Indianapolis, IN 46204
                317-638-4521(W)

**Plaintiff**     Holman, Chenita

| Attorney | Kaitlin Theresa Coons |
|---|---|
| | *#3255249, Retained* |
| | Isaacs and Isaacs |
| | 1601 Business Center Court |
| | Louisville, KY 40299 |
| | 502-458-1000(W) |

## Chronological Case Summary

| 04/13/2020 | **Case Opened as a New Filing** |

---

**04/13/2020 · Subpoena/Summons Filed**

Summons for Patrick Hovelson

| Filed By: | Holman, Chenita |
| File Stamp: | 04/13/2020 |

---

**04/13/2020 · Appearance Filed**

Appearance

| For Party: | Holman, Chenita |
| File Stamp: | 04/13/2020 |

---

**04/13/2020 · Subpoena/Summons Filed**

Summons for Steven Aaron CEO Stevens Transport, INC

| Filed By: | Holman, Chenita |
| File Stamp: | 04/13/2020 |

---

**04/13/2020 · Complaint/Equivalent Pleading Filed**

Complaint and Demand for Jury Trial

| Filed By: | Holman, Chenita |
| File Stamp: | 04/13/2020 |

---

**05/12/2020 · Appearance Filed**

Appearance of Erin A. Clancy and Ryan O. Farner on behalf of Defendants

| For Party: | Hovelson, Patrick |
| For Party: | Stevens Transport, Inc. |
| File Stamp: | 05/12/2020 |

---

**05/12/2020 · Motion for Enlargement of Time Filed**

Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint

| Filed By: | Hovelson, Patrick |
| Filed By: | Stevens Transport, Inc. |
| File Stamp: | 05/12/2020 |

---

**05/14/2020 · Order Granting Motion for Enlargement of Time**

ORDER ON EXTENSION OF TIME is entered; Defendants, Patrick Hovelson and Stevens Transport, Inc. have up to and including June 22, 2020 within which to respond to Plaintiff's Complaint. cg

| Movant: | Hovelson, Patrick |
| Movant: | Stevens Transport, Inc. |
| Order Signed: | 05/14/2020 |

---

**05/15/2020 · Automated ENotice Issued to Parties**

Order Granting Motion for Enlargement of Time ---- 5/14/2020 : Erin A Clancy;Kaitlin Theresa Coons;Ryan O. Farner

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any
  balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding
  balances shown, please contact the Clerk's Office.

**Holman, Chenita**

Plaintiff

Balance Due (as of 05/19/2020)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 04/13/2020 | Transaction Assessment | 157.00 |
| 04/13/2020 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

IN THE _____ COURT FOR SHELBY COUNTY
STATE OF INDIANA

CHENITA HOLMAN                          )
    Plaintiff,      )
                                        )
  v.                          )
                                        )
PATRICK HOVELSON                        )
                                        )    CAUSE NO: _____
-and-                                   )    *ELECTRONICALLY FILED*
                                        )
Stevens Transport, Inc.                 )
                                        )
   Defendants.           )

## <u>APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

*** *** *** *** ***

**Party Classification:**  INITIATING

  1.  The undersigned attorney and all attorneys listed on this form now

appear in this case for the following party member(s): **Chenita Holman**

  2.  Applicable attorney information for service as required by Trial Rule

5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as

follows:

| Name: | Kaitlin T. Coons, LEAD | ATTY NO. 32552-49 |
|---|---|---|
|  | Carolyn C. Ely | ATTY NO. 28368-22 |
|  | ISAACS & ISAACS, PSC |  |
|  |  |  |
| Address: | 1601 Business Center Court | PHONE: (502) 458-1000 |
|  | Louisville, Kentucky 40299 | FAX: (502) 454-5512 |

  3.  There are other party members: NO

  4.  If first initiating party filing this case, the Clerk is requested to assign

this case the following Case Type under Administrative Rule 8(b)(3): CT

5.      I will accept FAX service at above noted number: **NO**

6.      This case involves support issues.  **NO**

7.      There are related cases: NO

8.      This form has been served on all other parties.  Certificate of service is attached: **YES_X_**

9.      Additional information required by local rule: _____

/s/Kaitlin Coons Astorino
Kaitlin Coons Astorino, 32552-49
Carolyn C. Ely, #28368-22
**ISAACS & ISAACS, P.S.C.**
1601 Business Center Court
Louisville, KY 40299
T: (502) 458-1000
F: (502) 454-5512

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing APPEARANCE was this 13th day of  April, 2020, delivered to the Initiating, Intervening and other Responding Parties and/or their attorneys of record either in person, or by U.S. Mail-postage prepaid, or by Courthouse Mailbox.

/s/Kaitlin Coons Astorino
Kaitlin Coons Astorino, 32552-49
Carolyn C. Ely, #28368-22
**ISAACS & ISAACS, P.S.C.**
1601 Business Center Court
Louisville, KY 40299
T: (502) 458-1000
F: (502) 454-5512

Case 1:20-cv-01440-JPH-TAB Document 1-1 Filed 05/19/20 Page 7 of 22 PageID #: 13
73C01-2004-CT-000050
Shelby Circuit Court
Filed: 4/13/2020 12:36 PM
Clerk
Shelby County, Indiana

IN THE _____ COURT FOR SHELBY COUNTY
STATE OF INDIANA

| | |
|---|---|
| CHENITA HOLMAN<br>        Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| PATRICK HOVELSON | ) |
| | ) CAUSE NO: _____ |
| -and- | ) *ELECTRONICALLY FILED* |
| | ) |
| Stevens Transport, Inc. | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

THE STATE OF INDIANA TO DEFENDANT:     **PATRICK HOVELSON**

ADDRESS:                                **5616 Harrington Village Drive**
**Winston Salem, NC 27105**

     You have been sued by the person(s) named "Plaintiff", in the Court stated above.

     The nature of the suit against you is stated in the Complaint which is attached to this summons. It also states the demand which the Plaintiff has made against you.

     You must answer the Complaint in writing to be filed with the Court, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded.

     If you deny the demand and/or have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

     It is suggested that you consult with an attorney of your choice regarding this matter.

     The following manner of service of summons is hereby designated:
**Certified Mail, Return Receipt Requested.**

     Dated: ___**April 13th**_____, 20**20**_____

Kaitlin Coons Astorino, 32552-49
Attorney for the Plaintiff
1601 Business Center Court
Louisville, Kentucky 40229
Telephone: (502) 458-1000

_____
Clerk

IN THE _____ COURT FOR SHELBY COUNTY
STATE OF INDIANA

| | |
|---|---|
| CHENITA HOLMAN | ) |
|      Plaintiff, | ) |
| | ) |
|   v. | ) |
| | ) |
| PATRICK HOVELSON | ) |
| | )   CAUSE NO: _____ |
| -and- | )   *ELECTRONICALLY FILED* |
| | ) |
| Stevens Transport, Inc. | ) |
| | ) |
|      Defendants. | ) |

## SUMMONS

THE STATE OF INDIANA TO DEFENDANT: **STEVEN AARON,**
**CEO STEVENS TRANSPORT, INC**

ADDRESS:                      **9757 Military Parkway**
                                 **Dallas, TX 75227**

      You have been sued by the person(s) named "Plaintiff", in the Court stated above.

      The nature of the suit against you is stated in the Complaint which is attached to this summons.  It also states the demand which the Plaintiff has made against you.

      You must answer the Complaint in writing to be filed with the Court, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded.

      If you deny the demand and/or have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

      It is suggested that you consult with an attorney of your choice regarding this matter.

      The following manner of service of summons is hereby designated: **Certified Mail, Return Receipt Requested.**

      Dated: _____**April 13th**_____, 20**20**_____

Kaitlin Coons Astorino, 32552-49
Attorney for the Plaintiff
1601 Business Center Court
Louisville, Kentucky 40229
Telephone: (502) 458-1000

Clerk

IN THE _____ COURT FOR SHELBY COUNTY
STATE OF INDIANA

CHENITA HOLMAN                     )
         Plaintiff,              )
                        )
     v.                             )
                        )
PATRICK HOVELSON                   )
                        )   CAUSE NO: _____
-and-                              )   *ELECTRONICALLY FILED*
                        )
Stevens Transport, Inc.            )
                        )
         Defendants.             )

## COMPLAINT AND DEMAND FOR JURY TRIAL

Comes the Plaintiff, Chenita Holman, by and through counsel, and for her

Complaint and causes of action against the Defendants, Patrick Hovelson and

Stevens Transport, Inc., herein state as follows:

1.     Plaintiff Chenita Holman (hereinafter "Plaintiff") is, and was at all

times relevant herein, a resident of Indianapolis, Marion County, Indiana.

2.     Upon information and belief, Defendant Patrick Hovelson (hereinafter

"Hovelson") is, and was at all times relevant herein, a resident of 5616 Harrington

Village Drive, Winston Salem, NC 27105.

3.     Upon information and belief, Stevens Transport, Inc. (hereinafter

"Stevens Transport") is a foreign corporation lawfully conducting business in the

state of Indiana with a home office address of 9757 Military Parkway, Dallas, TX

75227.

4.     The incident giving rise to this action occurred in Shelby County,

Indiana, and the damages are in excess of the jurisdictional limits of this Court.

5. That on or about the 22nd day of July, 2018, Plaintiff was operating a vehicle, with all due care on a public highway, being CR 400 N near the entrance to I-74 in Shelbyville, Shelby County, Indiana.

6. That on the aforementioned date, at the approximate same time and at the place set forth above, Defendant Patrick Hovelson was also operating a 2018 Kenworth semi tractor-trailer exiting I-74 at exit 109 and turned right onto CR 400 N .

7. That Defendant Hovelson operated the vehicle he was driving in such a negligent manner on the date, time and location set forth above as to cause his vehicle to collide with the vehicle operated by Plaintiff.

8. That said vehicle being operated by Defendant Patrick Hovelson was owned by Defendant Stevens Transport.

## CLAIMS AGAINST PATRICK HOVELSON
## COUNT I: NEGLIGENCE

9. Plaintiff adopts and reiterates each and every allegation as if set out fully herein and incorporates the same by reference.

10. That at all times relevant herein, Defendant Hovelson owed a duty to Plaintiff to maintain a proper lookout and to operate his vehicle in a reasonably safe manner.

11. That Defendant Hovelson breached his duty owed to Plaintiff.

12. That Defendant Hovelson failed to maintain a proper lookout or operate his vehicle in a reasonably safe manner, thereby causing his vehicle to collide with

the vehicle of the Plaintiff.

13.     As a direct and proximate result of the foregoing negligence and carelessness of Defendant Hovelson, Plaintiff sustained severe and permanent bodily injury; has incurred and will continue to incur medical bills and expenses; has suffered and will continue to suffer pain, suffering, mental anguish and inconvenience; has incurred lost wages and will continue to lose wages; and has incurred a permanent impairment of her power to labor and earn money.

14.     That as a direct and proximate result of the negligence of Defendant Hovelson in operating the motor vehicle, Plaintiff has been caused to suffer damages in excess of the jurisdictional limits of this Court.

<u>CLAIMS AGAINST STEVENS TRANSPORT, INC.</u>
<u>COUNT II: RESPONDEAT SUPERIOR</u>

15.     Plaintiff adopts and reiterates each and every allegation as if set out fully herein and incorporates the same by reference.

16.     Upon information and belief, on the date set forth above, Defendant Hovelson was employed by Defendant Stevens Transport, and was operating the vehicle within the course and scope of his employment with said Defendant.

17.     That at all times relevant herein Defendant Hovelson was acting within the course and scope of his employment with Defendant Stevens Transport.

18.     As a direct and proximate result of the negligence of Defendant Patrick Hovelson in operating the vehicle in the course and scope of his employment, the doctrine of *Respondeat Superior* applies and transfers liability to Defendant Stevens Transport.

## COUNT III: NEGLIGENT HIRING AND RETENTION

19.     Plaintiff adopts and reiterates each and every allegation as if set out fully herein and incorporates the same by reference.

20.     That Defendant Stevens Transport knew, or should have known, through the use of ordinary care when it hired Defendant Hovelson that Defendant Hovelson was a negligent and/or careless driver.

21.     That Defendant Stevens Transport, upon the use of ordinary care in determining that Defendant Hovelson was a negligent and/or careless driver, was negligent in retaining Defendant Hovelson as an employee and allowing said employee to continue to use its motor vehicle in such a negligent manner so as to cause it collide with the vehicle operated by the Plaintiff, thereby causing Plaintiff to suffer bodily injuries.

22.     That as a direct and proximate result of the negligence of Defendant Stevens Transport in hiring and/or retaining Defendant Hovelson, Plaintiff was caused to suffer serious bodily injury and because of the bodily injuries sustained by Plaintiff, Plaintiff has sustained severe and permanent bodily injury; has incurred and will continue to incur medical bills and expenses; has suffered and will continue to suffer pain, suffering, mental anguish and inconvenience; has incurred lost wages and will continue to lose wages; and has incurred a permanent impairment of her power to labor and earn money.

## COUNT IV: NEGLIGENT SUPERVISION AND TRAINING

23.     Plaintiff adopts and reiterates each and every allegation as if set out fully herein and incorporates the same by reference.

24.     That Defendant Stevens Transport had a duty to ensure that its drivers are properly trained, licensed, and qualified to operate commercial vehicles.

25.     That Defendant Stevens Transport failed to properly train and/or supervise Defendant Hovelson to safely operate the vehicle that he was driving on the aforementioned date.

26.     That as a direct and proximate result of the negligence of Defendant Stevens Transport in failing to properly train and/or supervise Defendant Hovelson, Plaintiff was caused to suffer serious bodily injury and because of the bodily injuries sustained by Plaintiff, Plaintiff has sustained severe and permanent bodily injury; has incurred and will continue to incur medical bills and expenses; has suffered and will continue to suffer pain, suffering, mental anguish and inconvenience; has incurred lost wages and will continue to lose wages; and has incurred a permanent impairment of her power to labor and earn money.

**WHEREFORE**, Plaintiff, Chenita Holman, demands judgment against Defendants Patrick Hovelson and Stevens Transport, Inc. as follows:

1.     Judgment against each defendant for compensatory damages in an amount in excess of the amount necessary to invoke the jurisdiction of this court and reasonably calculated to compensate Plaintiff Chenita Holman for her damages, to include:

a.  Past and future medical expenses;

     b.  Past and future physical and mental pain, suffering, anguish and inconvenience;

     c.  Lost wages;

     d.  Diminished capacity to labor and earn income; and

2.     Prejudgment interest;

3.     Interest on any amount to which Plaintiff may be adjudicated to be entitled to accrue from the date of the filing of this action until paid;

4.     Costs herein expended;

5.     Trial by jury; and

6.     Any and all other appropriate relief to which Plaintiff may appear to be justly entitled.

                         **Respectfully submitted,**

                         /s/Kaitlin Coons Astorino
                         Kaitlin Coons Astorino, 32552-49
                         Carolyn C. Ely, #28368-22
                         **ISAACS & ISAACS, P.S.C.**
                         1601 Business Center Court
                         Louisville, KY 40299
                         T: (502) 458-1000
                         F: (502) 454-5512

                         *Counsel for Plaintiff, Chenita Holman*

## DEMAND FOR JURY TRIAL

Comes now the Plaintiff, Chenita Holman, and demands a trial by jury on all issues so triable.

/s/Kaitlin Coons Astorino
Kaitlin Coons Astorino, 32552-40
**Isaacs & Isaacs, P.S.C.**
1601 Business Center Court
Louisville, Kentucky  40299-2370
Telephone:  (502) 458-1000
Facsimile:  (502) 454-5512
Email:  ely@isaacsandisaacs.com
*Counsel for Plaintiff Chenita Holman*

| STATE OF INDIANA | ) | IN THE SHELBY COUNTY CIRCUIT COURT |
|---|---|---|
| | )SS: | |
| COUNTY OF SHELBY | ) | CAUSE NO. 73C01-2004-CT-000010 |

| | |
|---|---|
| CHENITA HOLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PATRICK HOVELSON and | ) |
| STEVENS TRANSPORT, INC., | ) |
| | ) |
| Defendants. | ) |

## <u>APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**Party Classification:**   Initiating _____   Responding _X_   Intervening _____

1.   The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

**PATRICK HOVELSON AND STEPHENS TRANSPORT, INC.**

2.   Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) as follows:

| | | |
|---|---|---|
| Name: | Erin A. Clancy | Atty. Number: 21962-49 |
| | Ryan O. Farner | Atty. Number: 29599-02 |
| Address: | KIGHTLINGER & GRAY, LLP | Phone: (317) 638-4521 |
| | One Indiana Square, Suite 300 | Fax: (317) 636-5917 |
| | 211 N. Pennsylvania Street | Email: eclancy@k-glaw.com |
| | Indianapolis, IN 46204 | Email: rfarner@k-glaw.com |

*[List on continuation page the additional attorneys appearing for above party member(s)]*

3.   There are other party members: Yes _____ No _X_ *(If yes, list on continuation page.)*

4.   *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): _____

5.   I will accept service by FAX at the above noted number: Yes ___ No _X_

6.   This case involves support issues. Yes _____ No _X_ *(If yes, supply social security numbers for all family members on continuation page.)*

1

7.      There are related cases: Yes _____    No _X_   *(If yes, list on continuation page).*

8.      This form has been served on all other parties.
        Certificate of Service is attached: Yes _X_   No _____

9.      Additional information required by local rule:_____

                              Respectfully submitted,

                              KIGHTLINGER & GRAY, LLP


                        By: */s/ Erin A. Clancy*_____
                              Erin A. Clancy, #21962-49
                              Ryan O. Farner, #29599-02
                              *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

        I hereby certify that on May 12, 2020, the foregoing was filed electronically.  Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system.

Kaitlin T. Coons - kaitlin@isaacsandisaacs.com
Carolyn C. Ely - ely@isaacsandisaacs.com
ISAACS & ISAACS, PSC
1601 Business Center Court
Louisville, KY 40299
*Attorney for Plaintiff*



                              */s/ Erin A. Clancy*_____
                              Erin A. Clancy


KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
eclancy@k-glaw.com
rfarner@k-glaw.com
(317)-638-4521 – telephone
(317) 636-5917 – facsimile

181135\60195519-1

STATE OF INDIANA          )          IN THE SHELBY COUNTY CIRCUIT COURT
                          )SS:
COUNTY OF SHELBY          )          CAUSE NO. 73C01-2004-CT-000010

CHENITA HOLMAN,                    )
                                   )
                  Plaintiff,       )
                                   )
        v.                         )
                                   )
PATRICK HOVELSON and               )
STEVENS TRANSPORT, INC.,           )
                                   )
                  Defendants.      )

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Patrick Hovelson and Stevens Transport, Inc., by counsel, respectfully move the Court for an extension of time of 30 days up to and including June 22, 2020, in which to file a responsive pleading to Plaintiff's Complaint for Damages.   In support of said Motion, Defendants show the Court:

1.     That Plaintiff's Complaint was filed on April 13, 2020, and service was perfected on April 30, 2020 via certified mail, thereby making Defendants' response due no earlier than May 23, 2020.

2.     Defendants respectfully request an initial enlargement of time of thirty (30) days or to and including June 22, 2020, within which to answer or otherwise respond to Plaintiff's Complaint.

3.     This request for an enlargement of time is not made for the purposes of delay, but rather to allow time for Defendants' counsel to prepare a proper response to Plaintiff's Complaint.

4.      Counsel for Defendants contacted counsel for Plaintiff who has no objection to the filing of this motion.

WHEREFORE, Defendants, Patrick Hovelson and Stevens Transport, Inc., prays that the time for filing a responsive pleading to the Plaintiff's Complaint be extended for a period of thirty (30) days, up to and including June 22, 2020.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By: */s/ Erin A. Clancy*
Erin A. Clancy, #21962-49
Ryan O. Farner, #29599-02
*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2020, the foregoing was filed electronically.  Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system.

Kaitlin T. Coons - kaitlin@isaacsandisaacs.com
Carolyn C. Ely - ely@isaacsandisaacs.com
ISAACS & ISAACS, PSC
1601 Business Center Court
Louisville, KY 40299
*Attorney for Plaintiff*

*/s/ Erin A. Clancy*
Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
eclancy@k-glaw.com
rfarner@k-glaw.com
(317)-638-4521 – telephone
(317) 636-5917 – facsimile

181135\60195604-1

STATE OF INDIANA     )           IN THE SHELBY COUNTY CIRCUIT COURT
)SS:
COUNTY OF SHELBY     )           CAUSE NO. 73C01-2004-CT-000010

CHENITA HOLMAN,     )
)
             Plaintiff,    )
)
v.               )
)
PATRICK HOVELSON and    )
STEVENS TRANSPORT, INC.,   )
)
             Defendants.   )

**FILED**

May 14, 2020

Judge Shelby Circuit Court

CG

## <u>ORDER ON EXTENSION OF TIME</u>

This cause came before the Court upon Defendants, Patrick Hovelson and Stevens

Transport, Inc.'s Motion for Extension of Time to respond to Plaintiff's Complaint.

The Court, having considered said Motion and, being duly advised in the premises, now

GRANTS the same, and

THEREFORE, IT IS ORDERED that the Defendants, Patrick Hovelson and Stevens

Transport, Inc., may have an additional extension of time of thirty (30) days, up to and including

June 22, 2020, within which to answer or otherwise plead to Plaintiff's Complaint.

DATED:  **May 14, 2020**

                           Judge, Shelby County Circuit Court

Distribution to:

Kaitlin T. Coons –
kaitlin@isaacsandisaacs.com
Carolyn C. Ely - ely@isaacsandisaacs.com
ISAACS & ISAACS, PSC
1601 Business Center Court
Louisville, KY 40299
*Attorneys for Plaintiff*

Erin A. Clancy
Ryan O. Farner
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
Eclancy@k-glaw.com
rfarner@k-glaw.com
*Attorneys for Defendants*